Michael J. Rusing (AZ Bar No. 006617)
Sivan R. Korn (AZ Bar No. 024231)
Sarah S. Letzkus (AZ Bar No. 027314)
Isaac S. Crum (AZ Bar No. 026510)
**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Email:   mrusing@rllaz.com
         skorn@rllaz.com
         sletzkus@rllaz.com
         icrum@rllaz.com

Veronica Mullally Munoz (Admitted *pro hac vice*)
Daniel J. Melman (Admitted *pro hac vice*)
Miriam Kurien Tyrell (Admitted *pro hac vice*)
Leslie Kushner (Admitted *pro hac vice*)
**PEARL COHEN ZEDEK LATZER BARATZ LLP**
1500 Broadway
New York, New York 10036
Telephone: (646) 878-0800
Email:   vmunoz@pearlcohen.com
         dmelman@PearlCohen.com
         mtyrell@PearlCohen.com
         lkushner@PearlCohen.com

Kristoffer Leftwich (Admitted *pro hac vice*)
**CHEN MALIN LLP**
1700 Pacific Avenue, Suite 2400
Dallas, Texas 75201
Telephone: (214) 627-9950
Email:   kleftwich@chenmalin.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Research Corporation Technologies, Inc., a Delaware nonstock corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Eli Lilly and Company, an Indiana corporation,<br><br>    Defendant. | **Case No. 4:16-cv-00191-TUC-FRZ**<br><br>**UPDATED JOINT CASE MANAGEMENT REPORT AND NOTICE REGARDING DISPUTE RESOLUTION**<br><br>Assigned to: Honorable Frank R. Zapata |

Pursuant to this Court's March 4, 2019 Order (Doc. 193), Plaintiff Research Corporation Technologies ("RCT") and Defendant Eli Lilly and Company ("Lilly") hereby submit this Updated Joint Case Management Report.  Pursuant to the Court's Orders dated September 5, 2018 (Doc. 136), December 10, 2018 (Doc. 185) and March 4, 2019 (Doc. 193), the parties also submit their Notice Regarding Dispute Resolution.

## **Update to the Parties' Joint Case Management Report**

The parties submitted their Joint Case Management Report on November 7, 2018. (Doc. 178).  Thereafter, the parties continued to conduct fact discovery and, pursuant to the Court's December 10, 2018 Order (Doc. 185), completed fact discovery on February 28, 2019.  The parties are now engaged in expert discovery.  On March 21, 2019, pursuant to the Court's December 14, 2018 Order (Doc. 188), RCT submitted its expert reports to Lilly.  Lilly's deadline to submit its rebuttal expert reports to RCT is June 6, 2019. (*Id.*)  The parties will then conduct expert depositions through July 26, 2018. (*Id.*) As of the date of this joint submission, no additional facts or legal issues require supplementation or modification of the November 7, 2018 Joint Case Management Report (Doc. 178) and the parties accordingly incorporate it herein by reference.

Pursuant to the Court's Orders dated July 2, 2018 (Doc. 125) and December 14, 2018 (Doc. 188), the Court's remaining pre-trial deadlines are set forth below:

| Event | Deadline |
|---|---|
| Rebuttal expert reports | June 6, 2019 |
| Expert depositions completed | July 26, 2019 |
| Dispositive motions due | August 30, 2019 |
| Disclosure of trial witnesses pursuant to Rule 26(a)(3) | 14 days after the issuance of an order on last dispositive motion |
| Proposed joint pretrial order due | 30 days after the issuance of an order on last dispositive motion |

## **Joint Notice Regarding Dispute Resolution**

In its Orders dated September 5, 2018, December 10, 2018 and March 4, 2019, the Court directed the parties to "submit a notice containing compelling reasons why this matter should or should not be set for a settlement conference pursuant to LRCiv 83.10."

1

(Docs. 136, 185, 193).

As noted in the parties' last Joint Notice Regarding Dispute Resolution (Doc. 192, filed February 14, 2019), the parties have made several attempts at formal and informal alternative dispute resolution at various phases of this case and remain aware of and appreciate the availability and potential benefits of appropriately-timed alternative dispute resolution efforts. However, the parties continue to believe that the substantial factual and legal disputes impeding a negotiated settlement are unlikely to be resolved without the benefit of expert disclosure and deposition testimony. Therefore, the parties respectfully submit it would not be a productive use of party or judicial resources to conduct any Court-ordered alternative dispute resolution at this time.

As directed in the Court's February 14, 2019, the parties will submit an updated notice pursuant to LRCiv 83.10 on or before August 2, 2019.

Respectfully submitted this April 19, 2019.

| | |
|---|---|
| **ELI LILLY & COMPANY** | **RESEARCH CORPORATION TECHNOLOGIES, INC.** |
| **FAEGRE BAKER DANIELS LLP** | **RUSING LOPEZ & LIZARDI, P.L.L.C.** |
| */s/* Katherine S. Razavi<br>David J.F. Gross<br>Helen E. Chacon<br>Timothy E. Grimsrud<br>Katherine S. Razavi<br>Lauren J.F. Barta<br>Julie B. Wahlstrand<br>Lauren Steinhaeuser<br>Sami Al-Marzoog<br>Amy E. Hamilton<br>Andrew M. McCoy | */s/ Sivan R. Korn*<br>Michael J. Rusing<br>Sivan R. Korn<br>Sarah S. Letzkus<br>Isaac S. Crum<br><br>**PEARL COHEN ZEDEK LATZER BARATZ LLP**<br><br>*/s/ Veronica M. Munoz* |
| **SNELL & WILMER L.L.P.** | Veronica M. Munoz<br>Daniel J. Melman<br>Miriam K. Tyrell<br>Leslie Kushner |
| */s/ Jacob Jones*<br>Jeffrey Willis<br>Jacob Jones | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey Willis, Esq.
Jacob Jones, Esq.
SNELL & WILMER L.L.P.
One South Church Ave, Ste 1500
Tucson, AZ 85701

David J.F. Gross (pro hac vice)
Helen Chacon (pro hac vice)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto CA 94303
david.gross@faegrebd.com
helen.chacon@FaegreBD.com

Timothy E. Grimsrud (pro hac vice)
Julie B. Wahlstrand (pro hac vice)
Katherine S. Razavi (pro hac vice)
Sami K. Al-Marzoog
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402
tim.grimsrud@faegrebd.com
julie.wahlstrand@faegrebd.com
kate.razavi@faegrebd.com
sami.almarzoog@faegrebd.com

Amy E. Hamilton (pro hac vice)
Andrew M. McCoy (pro hac vice)
FAEGRE BAKER DANIELS LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
amy.hamilton@faegrebd.com
andrew.mccov@faegrebd.com

By: /s/ *Danielle R. Wilson*