IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Research Corporation Technologies Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Eli Lilly and Company,<br><br>Defendant. | No. CV-16-00191-TUC-SHR<br><br>**Order Approving Joint Stipulation Regarding Trial** |

Having considered the Parties' Joint Stipulation Regarding Trial (Doc. 485), and good cause appearing,

**IT IS ORDERED** the Joint Stipulation (Doc. 485) is **APPROVED.**

**IT IS FURTHER ORDERED:**

1. RCT's damages on Count III equal $278,410,090.

2. RCT is entitled to nominal damages totaling $1 on Count II.

3. The Court will determine the amount of prejudgment interest that Lilly owes RCT on unpaid royalties under Count III, consistent with the formula defined in §4.7 of the Agreement.  RCT's damages expert's methodology of computing interest under §4.7 of the Agreement is uncontested. At or after trial, RCT will submit to the Court a computation of prejudgment interest under §4.7, along with a daily accrual number. This will be supplemented as of the end of each calendar quarter and if the computation changes due to a rate increase made by the Federal

Reserve, until final judgment is entered.

4. The sole remaining claim for trial is RCT's claim for unjust enrichment (collectively Counts IV and VI) which will be tried to the Court in a bench trial.

5. RCT reserves the right to request a jury trial on Counts IV and VI if the matter is remanded to the trial court following appeal.

6. Nothing in the Parties' Stipulation or this Order should be interpreted as a waiver of either Party's right to appeal any of the Court's prior rulings upon entry of a final judgment.

7. Neither Party may use anything in this Order as any basis to argue that the other has waived any appellate argument.

8. Per the Stipulation, the Parties' shall reserve their right to appeal the final judgment and the Court's prior rulings, including but not limited to the rulings in ECF 35, ECF 309, ECF 327, ECF 361, and ECF 483.

**IT IS FURTHER ORDERED** all jury trial related deadlines are **VACATED**, except the deadline for certain motions in limine as set forth in paragraph six of the Court's March 15 Order (Doc. 409). A juror questionnaire will not be sent, and proposed jury instructions need not be submitted. The Court will disregard the parties' Joint Statement of the Case (Doc. 486).

**IT IS FURTHER ORDERED** the final pretrial conference is reset to **Wednesday, June 26, 2024, at 10:00 a.m.**

Dated this 17th day of May, 2024.

Honorable Scott H. Rash
United States District Judge