Michael J. Rusing (AZ Bar No. 006617)
**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Email: mrusing@rllaz.com

Veronica Mullally Munoz (Admitted *pro hac vice*)
Leslie Kushner (Admitted *pro hac vice*)
**O'REILLY IP, PLLC**
26 Broadway, Floor 3
New York, New York 10004
Telephone: (212) 540-0650
Email: vmunoz@oreillyip.com
         lkushner@oreillyip.com

Sivan R. Korn (AZ Bar No. 024231)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
One South Church Ave., Ste. 2000
Tucson, AZ 85701-1611
Telephone: (520) 838-7721
Email: skorn@lewisroca.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Research Corporation Technologies, Inc., a Delaware nonstock corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Eli Lilly and Company, an Indiana corporation,<br><br>Defendant. | **Case No. 4:16-cv-00191-TUC-SHR**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO COUNTS I, II, IV, V AND VI**<br><br>Assigned to: Honorable Scott H. Rash |

The parties hereby jointly stipulate and agree that Counts I, II, IV, V, and VI of the Fourth Amended Complaint filed by the Plaintiff against the Defendant shall be dismissed with prejudice, as to Plaintiff and all parties, all parties in interest and all persons that may be claiming by or through Plaintiff. Each side shall bear its own attorneys' fees and costs. A proposed form of Order accomanpies this joint stipulation.

/ / /

DATED this 26th day of July, 2024.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

/s/ *Michael J. Rusing*
Michael J. Rusing

**O'REILLY IP PLLC**

/s/ *Veronica Mullally Munoz*
Veronica Mullally Munoz
Leslie Kushner

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

/s/ *Sivan R. Korn*
Sivan R. Korn
*Attorneys for Plaintiff*

**SNELL & WILMER L.L.P.**

/s/ *Jeffrey Willis (with permission)*
Jeffrey Willis
Jacob C. Jones

**KIRKLAND & ELLIS LLP**

/s/ *James R. P. Hileman (with permission)*
Brian Sieve
Cameron Ginder
Philip Cooper
James F. Hurst
Dianna M. Watral
James R.P. Hileman
Ryan Moorman
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2024, I electronically transmitted the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO COUNTS I, II, IV, V AND VI to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jeffrey Willis, Esq.
Jacob Jones, Esq.
SNELL & WILMER L.L.P.
One South Church Ave, Ste 1500
Tucson, AZ 85701
jwillis@swlaw.com
jcjones@swlaw.com

Brian Sieve
Cameron Ginder
Philip Cooper
James F. Hurst
James R.P. Hileman
Ryan Moorman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
brian.sieve@kirkland.com
cameron.ginder@kirkland.com
philip.cooper@kirkland.com
James.hurst@kirkland.com
James.hileman@kirkland.com
Ryan.moorman@kirkland.com

*Attorneys for Defendant*

By: S.Waller

58493613_1