IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Research Corporation Technologies Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Eli Lilly and Company,<br><br>    Defendant. | No. CV-16-00191-TUC-SHR<br><br>**Order Dismissing Case and Entering Final Judgment** |

    The Parties have filed a "Stipulation for Final Judgment As To Count III" (Doc. 503) and a "Stipulation for Dismissal with Prejudice as to Counts I, II, IV, V, and VI" (Doc. 504). The Court previously granted partial summary judgment to the Plaintiff on Count III of the Fourth Amended Complaint on October 19, 2021 (Doc. 309) and approved the Parties' stipulation to the computation of damages on Count III on May 17, 2024 (Doc. 487). Therefore, good cause appears to approve the Parties' Stipulations.

    Accordingly,

    **IT IS ORDERED** the Stipulations (Docs. 503, 504) are **APPROVED**.

    **IT IS FURTHER ORDERED** Counts I, II, IV, V, and VI of the Fourth Amended Complaint filed by Plaintiff Research Corporation Technologies, Inc. against Defendant Eli Lilly and Company shall be **DISMISSED WITH PREJUDICE** as to Plaintiff and all parties, all parties in interest, and all persons that may be claiming by or through Plaintiff. Each side shall bear its own attorneys' fees and court costs.

. . . .

**IT IS FURTHER ORDERED** final judgment is entered in favor of the Plaintiff and against the Defendant on Count III in the amount of $278,410,090. Each side shall bear its own costs. Any pending motions not otherwise expressly ruled upon are **DISMISSED AS MOOT** and **TERMINATED** and all pending deadlines are **VACATED**. This is a final and appealable judgment. The Court stays execution of the judgment without bond pending the disposition of appeal.

Dated this 29th day of July, 2024.

Honorable Scott H. Rash
United States District Judge