Jeffrey Willis (#004870)
Jacob C. Jones (#029971)
SNELL & WILMER LLP
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Tel: (520) 882-1200
Email:  jwillis@swlaw.com
          jcjones@swlaw.com

James F. Hurst, P.C. *(pro hac vice)*
Diana M. Watral, P.C. *(pro hac vice)*
James R.P. Hileman *(pro hac vice)*
Ryan Moorman *(pro hac vice)*
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
Email: james.hurst@kirkland.com
          diana.watral@kirkland.com
          james.hileman@kirkland.com
          ryan.moorman@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Research Corporation Technologies, Inc., a Delaware nonstock corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>Eli Lilly and Company, an Indiana corporation,<br><br>       Defendant. | Case No. 4:16-cv-00191-TUC-SHR<br><br>**DEFENDANT'S NOTICE OF APPEAL** |

1    Please take notice that Defendant Eli Lilly and Company appeals to the United States
2    Court of Appeals for the Ninth Circuit the final judgment entered in this action on July 29,
3    2024 (ECF 505).
4    Respectfully submitted this 2nd day of August, 2024.

By: *s/ Ryan Moorman*
    Jeffrey Willis (#004870)
    Jacob C. Jones (#029971)
    SNELL & WILMER LLP
    One South Church Avenue, Suite 1500
    Tucson, AZ 85701-1630
    Tel: (520) 882-1200
    jwillis@swlaw.com
    jcjones@swlaw.com

    James F. Hurst, P.C. (*pro hac vice*)
    Diana M. Watral, P.C. (*pro hac vice*)
    James R.P. Hileman (*pro hac vice*)
    Ryan Moorman (*pro hac vice*)
    KIRKLAND & ELLIS LLP
    333 West Wolf Point Plaza
    Chicago, IL 60654
    Tel: (312) 862-2000
    Fax: (312) 862-2200
    james.hurst@kirkland.com
    diana.watral@kirkland.com
    james.hileman@kirkland.com
    ryan.moorman@kirkland.com

    *Attorneys for Defendant Eli Lilly and Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants on this 2nd day of August, 2024:

Rusing Lopez & Lizardi, PLLC
Michael J. Rusing
6363 North Swan Road, Suite 151
Tucson, AZ  85718
mrusing@rllaz.com

O'Reilly IP, PLLC
Veronica Mullally Munoz
Leslie Kushner
26 Broadway, Floor 3
New York, NY 10004
vmunoz@oreillyip.com
lkushner@oreillyip.com

Lewis Roca Rothgerber Christie LLP
Sivan R. Korn
One South Church Avenue, Suite 2000
Tucson, AZ 85701
skorn@lewisroca.com

*s/ Ryan Moorman*